UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| TERESA KLEIN,<br><br>                Plaintiff,<br><br>  vs<br><br>HARTFORD LIFE AND ACCIDENTAL<br>INSURANCE COMPANY, et al.,<br><br>                Defendant. | CV09-5291FDB<br><br><br>MINUTE ORDER |

NOW, on this 1st day of September, 2009, the Court directs the Clerk to enter the following Minute Order:

    Pursuant to the request and agreement of counsel, the following deadlines are extended. The deadline for Joint Status Report is now due by 12/01/2009, FRCP 26f Conference Deadline is 11/10/2009, Initial Disclosure Deadline is 11/24/2009.

The foregoing Minute Order entered at the direction of the Honorable Franklin D. Burgess, United States District Judge.

                                                            **/s/ Pat LeFrois**
                                                            Pat LeFrois
                                                            Courtroom Deputy